**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 04-41-DLB**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

vs.                                    <u>**ORDER**</u>

**DAVID THOMAS SOWARD**                                       **DEFENDANT**

***************************

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of eight (8) months imprisonment with twenty-eight (28) months supervised release to follow. (Doc. # 44). During the final revocation hearing conducted by Magistrate Judge Wehrman on August 22, 2011, Defendant orally stipulated to violating several conditions of his supervised release. (Doc. # 44).

Defendant having waived his right to allocution (Doc. # 45), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)      the Magistrate Judge's Report and Recommendation (Doc. # 44) is hereby

1

**ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)   Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)   Defendant's supervised release is hereby **REVOKED**;

(4)   Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **EIGHT (8) MONTHS with TWENTY-EIGHT (28) MONTHS supervised release to follow**;

(5)   On or before **SEPTEMBER 23, 2011** the defendant shall self-surrender to the U.S. Marshal at the U.S. Courthouse, Covington, Kentucky; and

(5)   A Judgment shall be entered contemporaneously herewith.

This 13th day of September, 2011.



Signed By:
*David L. Bunning*
**United States District Judge**

G:\DATA\ORDERS\Covington Criminal\2004\04-41 Order adopting R&R.wpd